**Abatement Order filed January 5, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00372-CV**

_____

**MATTHEW VERE, Appellant**

**V.**

**AFFORDABLE POWER, L.L.P., Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 956968**

## A B A T E M E N T   O R D E R

On December 14, 2011, the parties notified this court that the parties had reached an agreement to settle the issues on appeal. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Brown, Boyce and McCally.